UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALEXANDER RIVERA,<br><br>  Petitioner,<br><br>  v.<br><br>PAT HORN,<br><br>  Respondent. | No. CV 25-5508-FMO(E)<br><br>ORDER ACCEPTING FINDINGS,<br><br>CONCLUSIONS AND RECOMMENDATIONS OF<br><br>UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which any objections have been made.

The Report recommends the dismissal of this action because Petitioner did not file an Amended Petition, as ordered by the court. (Dkt. No. 7.) Petitioner's objections to the Report (Dkt. No. 8) do not merit any change to the Report's findings or recommendations.

Petitioner objects that he did not receive the court's prior order dismissing the original Petition with leave to amend. (Dkt. No. 8 at 1.) On the contrary, the court's records show that the order was

1  not returned as undelivered.  (Dkt. No. 4 .)

3      Petitioner objects that he is entitled to habeas relief.  (Dkt. No. 8 at 2.)  As his ground for relief, Petitioner alleged "abuse of discretion double jeopardy clause, acquittal, 4th, 11th, 14th Amendent [sic]" and supported it with the factual allegation that "[a]s of (3-10-2020) a $333,000,000.00 million dollar superseeded [sic] penalty bond that was originally $1,000,000.00 million[.]"  (Dkt. No. 1 at 6.)  As the court previously explained, the ground was entirely conclusory, incoherent, and frivolous.  (Dkt. No. 4 at 2.)

10      The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

12      IT IS ORDERED that Judgment shall be entered dismissing the action without prejudice.

14      IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner.

17  Dated: August 25, 2025

                                                  /s/
                                     FERNANDO M. OLGUIN
                                  UNITED STATES DISTRICT JUDGE