JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL ALEXANDER RIVERA, | No. CV 25-5508-FMO(E) |
|      Petitioner, | |
|   v. | JUDGMENT |
| PAT HORN, | |
|      Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED:  August 25, 2025

_____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE